UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3m COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to**<br><br>     **Paul Magnum Justice**<br>     **7:20-cv-46606** | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# NOTICE OF DESIGNATED FORUM

Pursuant to this Court's orders, Pretrial Orders 22, 29, and 30, Plaintiff designates his forum as the Eastern District of Kentucky.

| | |
|---|---|
| Date: April 16, 2020 | Respectfully Submitted,<br>HARE, WYNN, NEWELL & NEWTON, LLP<br><br>By:     /s/ Jason W. Earley<br>     Jason W. Earley (*pro hac vice*)<br>     ALBN 3427Q10M<br>     HARE, WYNN, NEWELL & NEWTON, LLP<br>     2025 Third Avenue North, 8th Floor<br>     Birmingham, AL 35203<br>     jason@hwnn.com<br>     Phone: 205-328-5330<br>     Facsimile: 205-324-2165<br>     *Attorney for Plaintiff Paul Magnum Justice* |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Designation was filed electronically with the Clerk of Court using the CM/ECF system on April 16, 2020 which will serve same electronically on all counsel of record.

/s/ Jason W. Earley